IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| ESTATE OF GABRIELA JIMENEZ, by and through its Personal Representative ELLEN DELGADO,<br><br>         Plaintiff,<br><br>  vs.<br><br>VIGILNET AMERICA LLC; WASHINGTON COUNTY; WASHINGTON COUNTY COMMUNITY CORRECTIONS; WASHINGTON COUNTY SHERIFF'S OFFICE; WASHINGTON COUNTY CIRCUIT COURT; OREGON JUDICIAL DEPARTMENT; and STATE OF OREGON; DOES 1-10.<br>         Defendants. | Case No.  3:24-cv-00678 AN<br><br>ORDER OF DISMISSAL |

///

///

///

///

///

///

1 – ORDER

Based upon the stipulation of the parties the above caption matter is dismissed with prejudice and without costs to any party, and that a general judgment of dismissal be entered.

June 17, 2026

_____
The Honorable Judge Adriane Nelson

2 – ORDER